UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REMTECH, INC., a Washington corporation )<br>)<br>          Plaintiff, )<br>)<br>     -vs- )<br>)<br>FIREMAN'S FUND INSURANCE )<br>COMPANY, a California )<br>corporation, )<br>)<br>          Defendant. )<br>_____ ) | NO.  CV-05-0087-LRS<br><br>ORDER GRANTING MOTION FOR<br>ENTRY OF STIPULATED<br>PROTECTIVE ORDER |

THIS MATTER having come on for hearing on Motion and Memorandum In Support of Entry of Stipulated Protective Order, and the Court having considered all submitted materials by counsel for plaintiff and defendant, being fully advised, and having duly reviewed and considered all submitted materials,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Protective Order shall be entered.  The Protective Order will be entered by the Court separately.

**DATED** this ___12th___ day of September, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER