Emilia L. Sweeney, WSBA No. 23371          HONORABLE LONNY R. SUKO
Michael H. Runyan, WSBA No. 6986
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| REMTECH, INC., a Washington corporation, | No. CV-05-0087-LRS |
| Plaintiff, | ORDER GRANTING DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR ENTRY OF STIPULATED SECOND PROTECTIVE ORDER |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation, | |
| Defendant. | WITHOUT ORAL ARGUMENT |
| | Hearing Date: June 29, 2006 |
| | Hearing Time: 6:30 p.m. |

THIS MATTER having come on for hearing on Motion and Memorandum In Support for Entry of Stipulated Second Protective Order, and the Court having considered all submitted materials by counsel for plaintiff and defendant, being fully advised, and having duly reviewed and considered all submitted materials,

ORDER GRANTING
DEFENDANT'S MOTION - 1
No. 05-CV-0087-LRS
019514.0083/1306354.1

**LANE POWEL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206-223.-000 FAX:206-223-7107

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Second Protective Order in the form attached hereto be entered.

DONE IN OPEN COURT this  28th  day of    June       , 2006.

                                        s/Lonny R. Suko
                                  THE HONORABLE LONNY R. SUKO

Presented by:

LANE POWELL PC

By  s/Emilia L. Sweeney
    Emilia L. Sweeney, WSBA No. 23371
Attorneys for Defendant Fireman's Fund

Copy Received; Approved as to Form;

CRUMB & MUNDING, P.S.

By  s/John D. Munding
    John D. Munding, WSBA No. 21734
Attorneys for Plaintiff Remtech, Inc.

WITHERSPOON, KELLEY, DAVENPORT & TOOLE

By  s/John D. Munding
    Jeffrey L. Supinger, WSBA No. 23371
Attorneys for Plaintiff Remtech, Inc.

ORDER GRANTING
DEFENDANT'S MOTION  - 2
No. 05-CV-0087-LRS
019514.0083/1306354.1

**LANE POWEL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATLE, WASHINGTON  98101-2338
206-223.-000 FAX:206-223-7107