| | |
|---|---|
| Emilia L. Sweeney, WSBA No. 23371<br>Michael H. Runyan, WSBA No. 6986<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338<br>Telephone: (206) 223-7000<br>Facsimile: (206) 223-7107 | HONORABLE LONNY R. SUKO |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| REMTECH, INC., a Washington corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>                  Defendant. | No. 05-CV-0087-LRS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR ENTRY OF STIPULATED THIRD PROTECTIVE ORDER<br><br>WITHOUT ORAL ARGUMENT<br><br>Hearing Date: July 6, 2006<br>Hearing Time: 6:30 p.m. |

THIS MATTER having come on for hearing on Motion and Memorandum In Support for Entry of Stipulated Third Protective Order, and the Court having considered all submitted materials by counsel for plaintiff and defendant, being fully advised, and having duly reviewed and considered all submitted materials,

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION - 1
No. 05-CV-0087-LRS
019514.0083/1306354.1

LANE POWEL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206-223.-000 FAX:206-223-7107

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Third Protective Order in the form attached hereto be entered.

DONE IN OPEN COURT this __7th__ day of __July_____, 2006.

                              s/Lonny R. Suko
                   THE HONORABLE LONNY R. SUKO

Presented by:

LANE POWELL PC

By s/Emilia L. Sweeney
   Emilia L. Sweeney, WSBA No. 23371
Attorneys for Defendant Fireman's Fund

Copy Received; Approved as to Form;

CRUMB & MUNDING, P.S.

By s/John D. Munding
   John D. Munding, WSBA No. 21734
Attorneys for Plaintiff Remtech, Inc.

WITHERSPOON, KELLEY, DAVENPORT & TOOLE

By s/Jeffrey L. Supinger
   Jeffrey L. Supinger, WSBA No. 23371
Attorneys for Plaintiff Remtech, Inc.

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION - 2
No. 05-CV-0087-LRS
019514.0083/1306354.1

LANE POWEL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206-223.-000 FAX:206-223-7107

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

## CERTIFICATE OF SERVICE

I, Terry Intlekofer, hereby certify on June 30, 2006, the [PROPOSED] ORDER GRANTING DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S MOTION FOR ENTRY OF STIPULATED THIRD PROTECTIVE ORDER was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

John D. Munding, Esq.
Crumb & Munding, P.S.
601 West Riverside, Suite 1950
Spokane, Washington 99201
E-mail: munding@crumb-munding.com

Jeffrey L. Supinger, Esq.
Witherspoon, Kelley, Davenport & Toole
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Email: jls@wkdtlaw.com

DATED this 30th day of June, 2006 at Seattle, Washington.

s/ Terry Intlekofer
Terry Intlekofer

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION - 3
No. 05-CV-0087-LRS
019514.0083/1306354.1

LANE POWEL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206-223.-000 FAX:206-223-7107